**FILED**
**JANUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 162**

**JUDGE GUZMAN**
**MAGISTRATE JUDGE DENLOW**

# EXHIBIT D



The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

| | | |
|---|---|---|
| TEN COM | —as tenants in common | UNIF GIFT MIN ACT-.... Custodian.... |
| TEN ENT | —as tenants by the entireties | (Cust)     (Minor) |
| JT TEN | —as joint tenants with right of survivorship and not as tenants in common | under Uniform Gifts to Minors Act......................... (State) |

Additional abbreviations may also be used though not in the above list.

*For Value Received,* \_\_\_\_ *hereby sell, assign and transfer unto*

_____

_____*Shares*

*represented by the within Certificate, and do hereby irrevocably constitute and appoint*

_____*Attorney*

*to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.*

   *Dated*_____, \_\_\_\_\_

*In presence of* _____

_____

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THIS CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATSOEVER.