**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
JANUARY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 162

In the Matter of                                           Case Number:

GARRY R. BARNES, an individual, and GLB VENTURE, LLC, an Illinois limited liability company, Plaintiffs,
  v.
NEUROMARK, INC., Defendant.

JUDGE GUZMAN
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GARRY R. BARNES, and GLB VENTURE, Plaintiffs

| |
|---|
| NAME (Type or print)<br>Sara E. Lorber |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Sara E. Lorber |
| FIRM<br>SEYFARTH SHAW |
| STREET ADDRESS<br>131 South Dearborn Street, Suite 2400 |
| CITY/STATE/ZIP<br>Chicago, IL 60603-5577 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6229740 | 312-460-5000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐