**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 162**

In the Matter of                                Case Number:

GARRY R. BARNES, an individual, and GLB VENTURE,
LLC, an Illinois limited liability company, Plaintiffs,
              v.
NEUROMARK, INC., Defendant.

**JUDGE GUZMAN**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GARRY R. BARNES, and GLB VENTURE, LLC, Plaintiffs

| | |
|---|---|
| NAME (Type or print) Marc R. Jacobs | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Marc R. Jacobs | |
| FIRM SEYFARTH SHAW | |
| STREET ADDRESS 131 South Dearborn Street, Suite 2400 | |
| CITY/STATE/ZIP Chicago, IL 60603-5577 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6191561 | TELEPHONE NUMBER 312-460-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |