

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
fax (312) 460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5970

Writer's e-mail
slorber@seyfarth.com

January 8, 2008

**VIA HAND DELIVERY**

Clerk of the Court
US District Court for the Northern District of Illinois
219 South Dearborn Street
Ste. 2044
Chicago, IL 60604

    Re:    **Refund Request**

Dear Sir/Madam:

    A complaint was filed by me this date in the federal court. Upon filing of said complaint, a secondary charge for the filing of the complaint was inadvertently processed. In accordance with the rules, I am hereby requesting a refund of $350.00, the inadvertent second charge for the filing.

    For your convenience, I have attached a copy of the two confirmation e-mails received, and the copy of the Complaint filing receipt. Please note that the inadvertent charge is under Payment Agency Tracking ID No. 2445943, Pay.gov Tracking ID No. 24UG560V.

    Please forward the refund check to my attention to the above-listed address. If you should have any questions or comments, please do not hesitate to contact me. Thank you.

    All the Best,

    SEYFARTH SHAW LLP

    Sara E. Lorber

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

**Sutter, Anne L.**

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| Sent: | Tuesday, January 08, 2008 1:21 PM |
| To: | Sutter, Anne L. |
| Subject: | Pay.Gov Payment Confirmation |

```
THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 24UG56GM
Payment Agency Tracking ID: 2446110

Cardholder Name: Sara Lorber
Cardholder Address: 2250 W. Ohio
                    Unit 302
Cardholder City: Chicago
Cardholder State: IL
Cardholder Country: USA
Cardholder Zip Code: 60612
Card Type: Visa
Payment Amount: $350.00
Transaction Date: Jan 8, 2008 2:21:30 PM
```

**Sutter, Anne L.**

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| Sent: | Tuesday, January 08, 2008 1:11 PM |
| To: | Sutter, Anne L. |
| Subject: | Pay.Gov Payment Confirmation |

```
THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 24UG560V
Payment Agency Tracking ID: 2445943

Cardholder Name: Sara Lorber
Cardholder Address: 2250 W. Ohio
                    Unit 302
Cardholder City: Chicago
Cardholder State: IL
Cardholder Country: USA
Cardholder Zip Code: 60612
Card Type: Visa
Payment Amount: $350.00
Transaction Date: Jan 8, 2008 2:11:16 PM
```

## Complaints
1:07-cv-99999 Plaintiff v. Defendant

## United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 3.0

## Notice of Electronic Filing

The following transaction was entered by Lorber, Sara on 1/8/2008 at 1:22 PM CST and filed on 1/8/2008

**Case Name:**      Plaintiff v. Defendant
**Case Number:**    1:07-cv-99999
**Filer:**          Plaintiff
**Document Number:** 772

**Docket Text:**
COMPLAINT *Garry R. Barnes and GLB Venture v. NeuroMark* filed by Plaintiff; Filing fee $ 350, receipt number 2446110. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exhibit E# (6) Exhibit F# (7) Summons# (8) Civil Cover Sheet # (9) Appearance of Sara E. Lorber# (10) Appearance of Marc R. Jacobs# (11) Appearance of Andrea C. Okun)(Lorber, Sara)

**1:07-cv-99999 Notice has been electronically mailed to:**

Richard Thomas Valentino    rvalentino@salawus.com, pcarlson@salawus.com

**1:07-cv-99999 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=1/8/2008] [FileNumber=4339790-0]
[57ceab133c2ad89d99dbdfb3eeebf29bf26288ea7f35196bba696c7397997cb5fdc1
6fd0de435e4e570d7fbe0c2240357668ad7685568c8bd323f03b4839f36a]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=1/8/2008] [FileNumber=4339790-1]
[70c1de815c3fd4572f3f2eaa29d0ce7a93143a79ff9c6bb95ba9073e200098eba6f0
5c695311b94390dcd6af06f7cde86d73120e30fbb36af8a0a9352d8f9b8d]]
**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=1/8/2008] [FileNumber=4339790-2]
[6457dde7eb577acff4505e4925e4c736ff1d577274002df42b8cb960aab361ed441b