AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GARRY R. BARNES, an individual, and GLB VENTURE, LLC, an Illinois limited liability company,

    Plaintiffs,

V.

NEUROMARK, INC., a Delaware corporation,

    Defendant.

CASE NUMBER: 08 C 162

ASSIGNED JUDGE: Judge Guzman

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Denlow

TO: (Name and address of Defendant)

NeuroMark, Inc.
Attn: Kim Bechthold, Chief Executive Officer
1750 30th Street, Suite 622
Boulder, CO 80301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc R. Jacobs
Andrea C. Okun
Sara E. Lorber
Seyfarth Shaw, LLP
131 South Dearborn Street, Suite 2400, Chicago, IL 60603
(312) 460-5000

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN 1 0 2008

DATE

# AFFIDAVIT OF NON-SERVICE

| | | |
|---|---|---|
| **State of Illinois** | **County of** | **US District Court Court** |

Case Number: 08 C 162

Plaintiff:
**Gary R Barnes and GLB Venture LLC**
vs.
Defendant:
**NeuroMark Inc**

For:
Anne Sutter
Seyfarth & Shaw LLP
131 South Dearborn
suite 2400
Chicago, IL  60603

Received by Quality Process Servers & Investigations to be served on **Neuro Mark Inc Kim Bechtold Chief Executive Officer, 1750 30th St, Boulder, CO 80301**.

I, John Chely, being duly sworn, depose and say that on the **17th day of January, 2008** at **10:40 am, I:**

**NON-SERVED** the **Summons in a Civil Case** for the reason that I failed to find **Neuro Mark Inc Kim Bechtold Chief Executive Officer** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
1/17/2008  12:25 pm   The first address of 1750 30th St . Boulder CO. was a bad address, it is a PO Box and packaging store. We were then given a home address , after numerous attempts at serving the documents at the home address we were unable to get a response at the door.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 17th day of January, 2008 by the affiant who is personally known to me.

D. Rosenfeld
NOTARY PUBLIC   Exp 9/24/2011

John Chely
Process Server

Quality Process Servers & Investigations
1043 Terrace Circle South
Boulder, CO  80304-4709
(303) 444-9700

Our Job Serial Number: 2008000039

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f