AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS  SUMMONS IN A CIVIL CASE

GARRY R. BARNES, an individual, and GLB VENTURE, LLC, an Illinois limited liability company,

Plaintiffs,

V.

NEUROMARK, INC., a Delaware corporation,

Defendant.

CASE NUMBER: 08 C 162

ASSIGNED JUDGE: Judge Guzman

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Denlow

TO: (Name and address of Defendant)

NeuroMark, Inc.
Attn: Delaware Business Incorporators, Inc., Registered Agent
3422 Old Capitol Trail, Suite 700
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc R. Jacobs
Andrea C. Okun
Sara E. Lorber
Seyfarth Shaw, LLP
131 South Dearborn Street, Suite 2400, Chicago, IL 60603
(312) 460-5000

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN 16 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons Alias and complaint was made by me⁽¹⁾ + Civil Cover Sheet | DATE January 17, 2008 at 1:15 p.m. |
| NAME OF SERVER (PRINT) Richard Torpey | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    X G  Other (specify): Service on Neuromark, Inc., was effectuated by personally serving Denise Burroughs, Managing Agent duly authorized to accept service. Service was made at Delaware Business Incorporators, 3422 Old Capitol Tr., # 700, Wilmington, DE 19808.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/18/08
               Date

*Signature of Server*
DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE  19806  (302) 429-0657

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.