IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARRY R. BARNES, an individual, and GLB VENTURE, LLC, an Illinois limited liability company, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:08-cv-00162 |
| v. | ) ) | Judge Ronald A. Guzman |
| NEUROMARK, INC. a Delaware corporation, | ) ) ) | Magistrate Judge Denlow |
| Defendant. | ) ) | |

**REPORT OF PARTIES' DISCOVERY PLANNING CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(f), the parties' attorneys conducted a discovery planning conference on February 22, 2008. On the basis of that conference, the parties make the following report and have developed, and jointly propose to the Court, the following discovery plan and related deadlines:

1. <u>Pre-Discovery Disclosures</u>.

The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by no later than March 28, 2008.

2. <u>Proposed Discovery Schedule</u>.

   a. Fact discovery to be completed by August 29, 2008.

   b. Expert disclosures and accompanying reports prepared pursuant to Fed. R. Civ. P. 26(a)(2) to be exchanged by the parties on or before September 29, 2008, or, if the expert disclosure and accompanying report concerns evidence that is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Civ. P. 26(a)(2)(B), on or before October 31, 2008.

CH1 11421291.1

2

      c.      Expert discovery to be completed by November 28, 2008.

3.      <u>Proposed Additional Deadlines.</u>

      a.      The parties shall have until April 18, 2008, to amend the pleadings without leave of court, including the joinder of any additional parties. No third-party complaint or impleading petition is presently contemplated, and there are no pending motions to that effect.

      b.      Dispositive motions shall be filed by no later than January 16, 2009.

4.      <u>Settlement Discussions</u>.

The parties have engaged in preliminary settlement discussions and the Defendant has made a settlement offer that is currently under consideration by the Plaintiffs.

      Respectfully submitted,

| | |
|---|---|
| GARRY R. BARNES and GLB VENTURES, L.L.C. | NEUROMARK, INC. |
| By: /s/ Sara E. Lorber | By: /s/ David S. Chipman |
| Marc R. Jacobs<br>Andrea C. Okun<br>Sara E. Lorber<br>SEYFARTH SHAW LLP<br>131 S. Dearborn St., Suite 2400<br>Chicago, Illinois 60603<br>Tel. (312) 460-5000<br>Fax: (312) 460-7000<br>mjacobs@seyfarth.com<br>aokun@seyfarth.com<br>slorber@seyfarth.com<br><br>***Attorneys for Plaintiffs***  | David S. Chipman<br>Brownstein Hyatt Farber Schreck, LLP<br>410 Seventeenth Street, Suite 2200<br>Denver, Colorado 80202-4437<br>Tel: 303.223.1171<br>Fax: 303.223.0971<br>dchipman@bhfs.com<br><br>***Attorneys for Defendant*** |