UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Garry R Barnes, et al.
                       Plaintiff,

v.                                                Case No.: 1:08–cv–00162
                                                Honorable Ronald A. Guzman

Neuromark Inc
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2008:

    MINUTE entry before Judge Honorable Ronald A. Guzman:Previously adopted Discovery schedule of 2/28/08: Amended pleadings and joinder of parties due by 4/18/2008. Fact discovery ordered closed by 8/29/2008. Expert disclosures by 9/29/08. Expert reports by 10/31/08. Dispositive motions due by 1/16/2009. NO EXTENSIONS.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.