UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARRY R. BARNES AND GLB VENTURE, LLC, | ) ) Case No. 08-162 |
| Plaintiffs, | ) ) Hon. Ronald Guzman |
| v | ) ) ) |
| NEUROMARK, INC., | ) ) |
| Defendant. | ) ) |

### PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL

Plaintiffs ask this Court to allow them to substitute counsel, and in support of their motion, state as follows:

1    In this lawsuit, plaintiffs have been represented by Marc Jacobs, Andrea Okun and Sara Lorber of the law firm of Seyfarth Shaw LLP.

2    Plaintiffs and Seyfarth Shaw have now agreed that Mr. Jacobs, Ms. Okun, Ms. Lorber and Seyfarth Shaw will withdraw as plaintiffs' counsel, and plaintiffs have retained Adam Goodman and Jessica Tovrov of Goodman Law Offices LLC as replacement counsel. Mr. Goodman and Ms. Tovrov have filed appearances contemporaneously with the filing of this motion. Mr. Goodman and Ms. Tovrov are both members of the federal trial bar who reside in this district.

WHEREFORE, plaintiffs request that this Court enter an order:

    A.    Allowing Mr. Jacobs, Ms. Okun and Ms. Lorber to withdraw as their counsel; and

    B.    Allowing Adam Goodman and Jessica Tovrov to substitute as their new counsel.

Date: July 7, 2008

Respectfully submitted,

By: _____
One of the Plaintiffs' Attorneys

Adam Goodman
Jessica Tovrov
Goodman Law Offices LLC
17 North State Street
Suite 1700
Chicago IL 60602
(312) 238-9592
(312) 264-2535 (fax)
adam@thegoodmanlawoffices.com