UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARRY R. BARNES AND GLB VENTURE, LLC, | ) <br> ) Case No. 08-162 <br> ) |
| Plaintiffs, | ) Hon. Ronald Guzman <br> ) |
| v. | ) <br> ) |
| NEUROMARK, INC., | ) <br> ) |
| Defendant. | ) |

### NOTICE OF MOTION

To:   Adam P. Merrill
　　　Dina Rollman
　　　Sperling & Slater, P.C.
　　　55 West Monroe, Suite 3200
　　　Chicago IL 60603

　　　David S. Chipman
　　　Brownstein Hyatt Farber Schreck LLP
　　　410 Seventeenth Street, Suite 2200
　　　Denver CO 80202

　　　Marc R. Jacobs
　　　Sara E. Lorber
　　　Andrea C. Okun
　　　Seyfarth Shaw LLP
　　　131 South Dearborn Street, Suite 2400
　　　Chicago IL 60603-5577

　　　PLEASE TAKE NOTICE that on Thursday, July 10, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Hon. Ronald Guzman, or any judge sitting in his stead, at his regular courtroom at the Dirksen Federal Building, 12th Floor, Chicago, and present **Plaintiffs' Motion for Substitution of Counsel**.

Respectfully submitted,

*[signature]*

Adam Goodman
Jessica Ioviov
Goodman Law Offices LLC
17 North State Street, Suite 1700
Chicago IL  60602
(312) 238-9592
(312) 264-2535 (fax)
adam@thegoodmanlawoffices.com

### CERTIFICATE OF ELECTRONIC SERVICE

The undersigned, an attorney, certify that I served this Notice of Motion via the Clerk of Court's electronic filing system on July 7, 2008.

*[signature]*

Adam Goodman