UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARRY R. BARNES AND GLB VENTURE, LLC, | ) <br> ) Case No. 08-162 <br> ) |
| Plaintiffs, | ) Hon. Ronald Guzman <br> ) |
| v. | ) <br> ) |
| NEUROMARK, INC., | ) <br> ) |
| Defendant. | ) |

**PLAINTIFFS' DISCLOSURE STATEMENT PURSUANT TO LR3.2**

Pursuant to Local Rule 3.2, Plaintiffs disclose as follows:

GLB Venture LLC has no publicly held affiliates.

Date: July 7, 2008

Respectfully submitted,

By: _____
One of the Plaintiffs' Attorneys

Adam Goodman
Jessica Tovrov
Goodman Law Offices LLC
17 North State Street
Suite 1700
Chicago IL  60602
(312) 238-9592
(312) 264-2535 (fax)
adam@thegoodmanlawoffices.com