# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| Barnes et al. v. Neuromark Inc. | 08-cv-00162 |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

(In the space below, enter the name of the party or parties being represented)

Garry R. Barnes

GLB Venture LLC

Adam Goodman

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/Adam Goodman

Goodman Law Offices LLC

17 North State Street

Chicago IL  60602

| | |
|---|---|
| 6229333 | 312.238.9592 |

Lead Counsel  Y

Local Counsel  N

Trial Bar  Y

Trial Attorney  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL