| U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS<br>ATTORNEY APPEARANCE FORM ||
|---|---|
| NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14 ||
| Barnes et al. v. Neuromark Inc. | 08-cv-00162 |
| | |
| | |
| AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: ||
| (In the space below, enter the name of the party or parties being represented) ||
| Garry R. Barnes ||
| GLB Venture LLC ||
| ||
| Jessica Tovrov ||
| /s/ Jessica Tovrov ||
| Goodman Law Offices LLC ||
| 17 North State Street ||
| Chicago IL  60602 ||
| 6204666 | 312 252 7362 |
| Lead Counsel  N ||
| Local Counsel  N ||
| Trial Bar  Y ||
| Trial Attorney  Y ||
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE ||
| RETAINED COUNSEL          APPOINTED COUNSEL ||