# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Garry R Barnes, et al.

                        Plaintiff,

v.                                            Case No.: 1:08–cv–00162
                                                         Honorable Ronald A. Guzman

Neuromark Inc

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiffs to substitute attorney [23] is granted. Mr. Jacobs, Ms. Okun and Ms. Lorber are allowed to withdraw and Adam Goodman and Jessica Tovrow are allowed to substitute as new counsel for plaintiffs. All previously set dates to stand. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.