UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARRY R. BARNES AND GLB VENTURE, LLC, | ) ) ) | Case No. 08-162 |
| Plaintiffs, | ) ) ) | Hon. Ronald Guzman |
| v. | ) ) ) | |
| NEUROMARK, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  Adam P. Merrill
 Dina Rollman
 Sperling & Slater, P.C.
 55 West Monroe, Suite 3200
 Chicago IL 60603

 David S. Chipman
 Brownstein Hyatt Farber Schreck LLP
 410 Seventeenth Street, Suite 2200
 Denver CO 80202

PLEASE TAKE NOTICE that on Thursday, July 24, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Hon. Ronald Guzman, or any judge sitting in his stead, at his regular courtroom at the Dirksen Federal Building, 12th Floor, Chicago, and present **Plaintiffs' Motion for Default.**

Respectfully submitted,

_/s/Jessica Tovrov

Adam Goodman
Jessica Tovrov
Goodman Law Offices LLC
17 North State Street, Suite 1700
Chicago IL  60602
(312) 238-9592
(312) 264-2535 (fax)
adam@thegoodmanlawoffices.com

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned, an attorney, certify that I served this Notice of Motion via the Clerk of Court's electronic filing system on July 7, 2008.

_____
Adam Goodman