Goodman Law Offices, LLC<br>
17 North State Street, Suite 1700<br>
Chicago IL 60602<br>
(312) 252-7362<br>
(312) 264-0668 (fax)<br>
jessica@tovrovlaw.com

July 8, 2008

<u>VIA E-MAIL and</u>
    <u>FIRST CLASS MAIL</u>

David S. Chipman
Brownstein Hyatt Farber Schreck LLP
410 Seventeenth Street, Suite 2200
Denver CO 80202
dchipman@bhfs.com

Adam P. Merrill
Dina Rollman
Sperling & Slater, P.C.
55 West Monroe, Suite 3200
Chicago IL 60603
amerrill@sperling-law.com
drollman@sperling-law.com

    Re:    *Barnes and GLB Venture v. Neuromark, Inc.*
             08-162

Dear Counsel,

    As you know, this firm has replaced Seyfarth Shaw as Plaintiffs' counsel in the above case.

    Having reviewed the file, it is apparent that the Defendant has failed to comply with at least two local rules. Specifically, Defendant has neither filed its LR3.2 disclosures, nor answered the complaint in the form required by LR10. We trust that both omissions will be rectified quickly so that it will not be necessary to bring them to the attention of the Court. You may state that Plaintiffs have no objection to the filing of your amended answer.



1

Please consider any and all settlement proposals Plaintiffs may have previously made to be withdrawn.

If you have questions or concerns, please do not hesitate to call.

Very truly yours,

/s/Jessica Tovrov
Jessica Tovrov