IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARRY R. BARNES, an individual, and GLB VENTURE, LLC, an Illinois limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> NEUROMARK, INC., a Delaware corporation, <br><br> Defendant. | Case No.: 08C162 <br><br> Judge Guzman <br> Magistrate Judge Denlow |

**DEFENDANT NEUROMARK, INC.'s NOTIFICATION OF**
**AFFILIATES – DISCLOSURE STATEMENT**

Defendant, NeuroMark, Inc. ("NeuroMark"), submits the following Notification of

Affiliates – Disclosure Statement pursuant to LR3.2:

Neuromark has no publicly held affiliates.


Dated: July 23, 2008

                                           NEUROMARK, INC.


                                           By: /s/ Adam P. Merrill
                                                One of Their Attorneys


David S. Chipman (6210117)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
303.223.1100 – Telephone
303.223.1111 – Facsimile
dchipman@bhfs.com

and

Adam P. Merrill (6229850)
Dina G. Rollman (6272301)
Sperling & Slater, P.C.
55 West Monroe, Suite 3200
Chicago, IL 60603
312.641.3200 – Telephone
312.641.6492 – Facsimile
amerrill@sperling-law.com
drollman@sperling-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of July, 2008, a true and correct copy of the foregoing **DEFENDANT NEUROMARK, INC.'s NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT** was served upon all counsel of record via the Court's CM/ECF system.

By:     /s/ Adam P. Merrill
        Adam P. Merrill