# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Garry R Barnes, et al.
                            Plaintiff,

v.                                           Case No.: 1:08–cv–00162
                                                    Honorable Ronald A. Guzman

Neuromark Inc
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiffs Garry R Barnes, GLB Venture LLC for default judgment as to Defendant [29] is stricken as moot. Defendant granted leave to file amended answer. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.