UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARRY R. BARNES AND GLB VENTURE, LLC, ) | |
| ) | Case No. 08-162 |
| Plaintiffs, ) | Hon. Ronald Guzman |
| v. ) | |
| NEUROMARK, INC., ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:   Adam P. Merrill
  Dina Rollman
  Sperling & Slater, P.C.
  55 West Monroe, Suite 3200
  Chicago IL 60603

  David S. Chipman
  Brownstein Hyatt Farber Schreck LLP
  410 Seventeenth Street, Suite 2200
  Denver CO 80202

  PLEASE TAKE NOTICE that on Tuesday, August 26, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Hon. Ronald Guzman, or any judge sitting in his stead, at his regular courtroom at the Dirksen Federal Building, 12th Floor, Chicago, and present **Agreed Motion to Extend Discovery Cutoff**.

        Respectfully submitted,


        __/s/Adam Goodman_____
        Adam Goodman
        Jessica Tovrov
        Goodman Law Offices LLC
        17 North State Street, Suite 1700
        Chicago IL  60602
        (312) 238-9592
        (312) 264-2535 (fax)
        adam@thegoodmanlawoffices.com



**CERTIFICATE OF ELECTRONIC SERVICE**

 The undersigned, an attorney, certify that I served this Notice of Motion via the Clerk of Court's electronic filing system on August 20, 2008.


        __/s/ Adam Goodman _____
        Adam Goodman