UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARRY R. BARNES AND GLB VENTURE, LLC, | ) ) ) Case No. 08-162 |
| Plaintiffs, | ) ) Hon. Ronald Guzman |
| v. | ) ) ) |
| NEUROMARK, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF MOTION

To:  Adam P. Merrill
     Dina Rollman
     Sperling & Slater, P.C.
     55 West Monroe, Suite 3200
     Chicago IL 60603

     David S. Chipman
     Brownstein Hyatt Farber Schreck LLP
     410 Seventeenth Street, Suite 2200
     Denver CO 80202

    PLEASE TAKE NOTICE that on Tuesday, August 26, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Hon. Ronald Guzman, or any judge sitting in his stead, at his regular courtroom at the Dirksen Federal Building, 12th Floor, Chicago, and present **Agreed Motion for Leave to File an Amended Complaint**.

Respectfully submitted,


__/s/Adam Goodman_____
Adam Goodman
Jessica Tovrov
Goodman Law Offices LLC
17 North State Street, Suite 1700
Chicago IL  60602
(312) 238-9592
(312) 264-2535 (fax)
adam@thegoodmanlawoffices.com


**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned, an attorney, certify that I served this Notice of Motion via the Clerk of Court's electronic filing system on August 21, 2008.


__/s/ Adam Goodman _____
Adam Goodman