## CERTIFICATE OF SERVICE

The undersigned, an attorney, certify that I served the attached **Amended Complaint** via ECF on August 26, 2008 upon counsel for the defendant, namely,

Adam P. Merrill
Dina Rollman
Sperling & Slater, P.C.
55 West Monroe, Suite 3200
Chicago IL 60603

David S. Chipman
Brownstein Hyatt Farber Schreck LLP
410 Seventeenth Street, Suite 2200
Denver CO 80202


     /s/ Adam Goodman
Adam Goodman