

NEUROMARK, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

245

250,000

COMMON

This Certifies that Mr Garry R. Barnes

registered holder of two hundred fifty thousand                 Shares

of the capital stock of the above named corporation, fully paid and non-assessable, transferrable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

144.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this 23rd day of

July        2007.

SECRETARY

PRESIDENT

METRO NO. 8

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

| | | | |
|---|---|---|---|
| TEN COM | -as tenants in common | UNIF GIFT MIN ACT- .. | Custodian . . . |
| TEN ENT | -as tenants by the entireties | | (Cust)          (Minor) |
| JT TEN | -as joint tenants with right of | under Uniform Gifts to Minors | |
| | survivorship and not as tenants | Act . . . . . . . . . . . . . | |
| | in common | (State) | |

Additional abbreviations may also be used though not in the above list

*For Value Received, ____ hereby sell, assign and transfer unto*

_____

_____ *Shares*

*represented by the within Certificate, and do hereby*
*irrevocably constitute and appoint*

_____ *Attorney*

*to transfer the said Shares on the books of the within named*
*Corporation with full power of substitution in the premises.*
   *Dated* _____, _____
*In presence of* _____

_____

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THIS CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATSOEVER.