

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
fax (312) 460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5626

Writer's e-mail
mjacobs@seyfarth.com

November 19, 2007

**VIA FEDERAL EXPRESS**

Joyce C. Kim Bechtold
Chief Executive Officer
Neuromark, Inc.
1750 30th Street
Boulder, Colorado 80301

Joyce C. Kim Bechtold
Chief Executive Officer
Neuromark, Inc.
2191 Enterprise Street
Superior, Colorado 80027

Peter Tolias, PhD
President
Neuromark, Inc.
c/o The Public Health Research Institute Center
International Center for Public Health
New Jersey Medical School (UMDNJ)
225 Warren Street
Newark, New Jersey 07103-3535

Re: Garry Barnes

Dear Ms. Bechtold and Dr. Tolias:

Please see the attached Shareholder Inspection Request Under Section 220 of the Delaware General Corporation Law and contact me with any issues or concerns regarding Mr. Barnes' election of his statutory rights. I assume you will honor such request as you are legally required to do so under Delaware Law.

Very truly yours,

SEYFARTH SHAW LLP

*Deborah Gordon*

Deborah Gordon

DG/cm
Enclosure
cc: Garry Barnes

CH3 11231821

## Shareholder Inspection Request Under
## Section 220 of the Delaware General Corporation Law

To:

Joyce C. Kim Bechthold  
Chief Operating Officer  
NeuroMark, Inc  
2191 Enterprise Street  
Superior Colorado 80027

Peter Tolias, Ph D., President NeuroMark, Inc  
c/o Public Health Research Institute Center  
International Center for Public Health  
New Jersey Medical School  
225 Warren Street  
Newark, NJ 07103-3535

The undersigned, being first duly sworn on oath, hereby states as follows:

1. The undersigned are beneficial owners of shares of common stock of NeuroMark, Inc (the "Corporation");

2. Pursuant to Section 220 of the Delaware General Corporation Law, the undersigned hereby requests to inspect, and make copies and extracts from: (a) a list of the Corporation's current stockholders including the names, complete mailing addresses (including ZIP codes) and number of shares of Common Stock of all registered holders of shares of the Corporation's common stock, (b) all information in the Corporation's possession or to which the Corporation has access regarding the names, complete mailing addresses (including ZIP codes) and number of shares of Common stock of all current non-objecting beneficial owners of the Corporation's common stock, (c) Articles of Incorporation, Bylaws and a complete listing of Board of Directors along with addresses, the phone numbers, date of election and length of term, (d) minutes from all meetings and all written consents of the Corporation's Board of Directors, and (e) all other books and records of the Corporation, including without limitation, the status of licensing agreements with NIH and NIMH and all other intellectual property, current fundraising prospects, information regarding amounts paid and amounts owed to Kim Bechthold Wayne Bechthold and T Duff Lilly during the past twenty-four (24) months, financial statements from the past three (3) years, current financial statements, balance sheets and statements of cash flow and current cash reserves for the following twelve (12) months, detailed payables ledger, and all other financial reports demonstrating the Corporation's current financial situation and projected financial situation;

3. The undersigned is seeking the foregoing information for the following purposes: (a) use in ascertaining the value of the undersigned's shares; (b) communicating with other stockholders regarding the Corporation's affairs and management policies; (c) determining whether general corporate mismanagement has occurred; (d) determining the terms of the investment made in the Corporation; and (e) whether the Corporation is able to deliver any return on the undersigned's investment;

4. Such inspection, examination and right to make copies and extractions may be done by the undersigned, or any representative of Seyfarth Shaw, LLP, as my legal counsel Unless such books and records are provided to the undersigned on or before December 10, 2007, in addition to the legal rights and remedies afforded to the undersigned pursuant to Section 220 of the Delaware General Corporation Law, the undersigned, or a legally authorized

CH3 1123018 1

representative, shall present himself or itself at the office of the Corporation on December 11, 2007 to examine such books and records as authorized pursuant to Section 220 of the Delaware General Corporation Law; and

     5     The foregoing is true and correct.

Failure to comply shall subject the Corporation to the provisions of Section 220(c) of the Delaware General Corporation Law.

IN WITNESS WHEREOF, the undersigned has executed and sworn to the foregoing as of November 16, 2007, pursuant to Section 220 of the Delaware General Corporation Law

_____
Garry Barnes

GLB Venture, LLC, an Illinois limited liability company

By: _____
Its: _____President_____

16579 W. Cherrywood Lane
Wadsworth, Illinois 60083

SUBSCRIBED AND SWORN to
before me this __16__ day of
November, 2007

_____
Notary Public
My commission expires   3/3/10

OFFICIAL SEAL
BRIAN MOY
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Mar. 3, 2010