# *NeuroMark*

1750 30th Street, Suite 622
Boulder, CO 80301
303 499-9777, 866 859-9777
Fax 303 413-9777
kb@neuromark.com

December 7, 2007

Ms. Deborah Gordon, cmr
Seyfarth Shaw, LLP
131 South Dearborn Street
Suite 2400
Chicago, Ill 80603

Dear Ms Gordon,

Pursuant to your letter of November 19th, 2007 regarding your client, Garry Barnes' Shareholder Inspection Request, we do not consider Mr. Barnes a bona fide Shareholder of NeuroMark. Mr. Barnes fraudulently obtained the shares in question by misrepresenting his mental and emotional ability to reasonably perform his duties and responsibilities as an officer of the company.

We therefore refuse his inspection request.

Best regards,

Kim Bechthold

Cc: Mr. Garry Barnes