## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Garry R Barnes, et al.
                        Plaintiff,

v.                                            Case No.: 1:08–cv–00162
                                                Honorable Ronald A. Guzman

Neuromark Inc
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 8/26/2008. Motion by Plaintiffs for leave to file an Amended Complaint [36] is granted. Answer due by 9/8/08. Agreed motion by Plaintiffs for extension of time to complete discovery [34] is denied. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.