UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARRY R. BARNES and GLB VENTURE, LLC, | ) ) ) Case No. 08-162 |
| Plaintiffs, | ) ) Hon. Ronald Guzman |
| v. | ) ) ) |
| NEUROMARK, INC., | ) ) ) |
| Defendant. | ) |

### AGREED MOTION TO ENTER STIPULATED JUDGMENT, DISMISS PETITIONS FOR COSTS, DISMISS ALL CLAIMS AND TERMINATE THIS ACTION

The parties hereby move to enter a stipulated judgment, dismiss the pending petitions for costs, dismiss all claims, and terminate this action and in support state as follows:

1. Plaintiff filed this action on January 11, 2008.

2. On October 14 and 15, 2008, this Court presided over a bench trial.

3. On December 1, 2008, this Court entered judgment in favor of Plaintiff on Count I in the amount of $60,150.00 plus pre-judgment interest and judgment in favor of Defendant on all remaining claims.

4. Both parties filed Petitions for costs before this Court.

5. Both parties appealed this Court's judgment.

6. The parties have since agreed to settle all claims between them.

7. As part of the settlement, the parties request that a stipulated judgment be entered by this Court. (A proposed form of Order is attached hereto as Exhibit A.)

8. The parties also request that both Petitions for costs be dismissed with prejudice.

9. Finally, plaintiff requests that all claims be dismissed with prejudice and that this matter be terminated.

WHEREFORE, the parties respectfully request that this Court enter the attached stipulated judgment, dismiss the petitions for costs, and dismiss all remaining claims as requested herein.

| | |
|---|---|
| Dated: August 30, 2010 | Respectfully submitted |
| NeuroMark, Inc. | Garry R. Barnes and GLB Venture, LLC |
| | |
| By: __/s/ Adam P. Merrill__ | By: __/s/ Adam Goodman__ |
| One of Its Attorneys | One of Their Attorneys |
| | |
| Adam P. Merrill | Adam Goodman |
| Jeffrey E. Jamison | Goodman Law Offices LLC |
| Sperling & Slater, P.C. | 105 West Madison Street, Suite 400 |
| 55 West Monroe, Suite 3200 | Chicago, IL 60602 |
| Chicago, IL 60603 | 312.238.9592 - Telephone |
| 312.641.3200 - Telephone | 312.264.2535 - Facsimile |
| 312.641.6492 - Facsimile | adam@thegoodmanlawoffices.com |
| amerrill@sperling-law.com | |
| jjamison@sperling-law.com | |

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARRY R. BARNES and GLB VENTURE, LLC, | ) <br> ) Case No. 08-162 <br> ) <br> ) Hon. Ronald Guzman <br> ) |
| Plaintiffs, | |
| v. | |
| NEUROMARK, INC., | |
| Defendant. | |

## JUDGMENT

The parties having stipulated to judgment in a settlement agreement dated February 11, 2010, due and proper notice having been provided;

IT IS HEREBY ORDERED AND ADJUDGED that the Court enters judgment in favor of Plaintiffs and against Defendant in the amount of $75,000.00.

To whatever extent it is inconsistent with this judgment, the judgment entered by the Court on November 25, 2008 is hereby vacated.

Date:_____

_____
Hon. Ronald Guzman
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2010, I served the foregoing **AGREED MOTION TO ENTER STIUPLATED JUDGMENT, DISMISS PETITIONS FOR COSTS, DISMISS ALL CLAIMS AND TERMINATE THIS ACTION** via the Court's ECF system.

By:    /s/ Adam P. Merrill
       Counsel to NeuroMark, Inc.